# SECRET

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 26-05004-01/02-CR-SW-BP |
| Plaintiff, | **COUNT 1**<br>*Conspiracy – Firearms Trafficking*<br>18 U.S.C. § 933(a)(3) and (b)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **(1) ROBERT RAY VANBIBBER a/k/a "NORTHSIDE"**, and<br>[DOB: 10/13/1981] | |
| **(2) DWAYNE N. VINSON a/k/a "TANK"**,<br>[DOB: 07/21/1966] | **COUNTS 2 & 3**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| Defendants. | |
| **Counts**<br>(1) Vanbibber: 1, 2, 4<br>(2) Vinson: 1, 3 | **COUNT 4**<br>*Firearms Trafficking*<br>18 U.S.C. §§ 933(a)(1) and (b)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each Count |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or between October 22, 2025, and October 30, 2025, in Jasper County, Western District of Missouri, the defendants, **ROBERT RAY VANBIBBER a/k/a "NORTHSIDE"** and **DWAYNE N. VINSON a/k/a "TANK"**, knowingly conspired with each other and others known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, or otherwise

dispose of a firearm, that is a Bersa brand, Firestorm model, .380-caliber pistol, bearing serial number M44446, having traveled in interstate or foreign commerce, to another person,, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined by Title 18, United States Code, Section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## COUNT 2

On or about October 22, 2025, in Jasper County, Western District of Missouri, the defendant, **ROBERT RAY VANBIBBER a/k/a "NORTHSIDE"**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Bersa brand, Firestorm model, .380-caliber pistol, bearing serial number M44446, which had been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3

On or about October 24, 2025, in Jasper County, Western District of Missouri, the defendant, **DWAYNE N. VINSON a/k/a "TANK"**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Bersa brand, Firestorm model, .380-caliber pistol, bearing serial number M44446, which had been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4

On or between October 22, 2025, and October 24, 2025, in Jasper County, Western District of Missouri, the defendant, **ROBERT RAY VANBIBBER a/k/a "NORTHSIDE"**, did transfer and otherwise dispose of a firearm, that is a Bersa brand, Firestorm model, .380-caliber pistol,

2

bearing serial number M44446, having traveled in interstate or foreign commerce, to another person, having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*
**FOREPERSON OF THE GRAND JURY**

*Anthony M. Brown*

**ANTHONY M. BROWN**
Assistant United States Attorney
Missouri Bar #62504

Dated: January 27, 2026
Springfield, Missouri

3